**Slip Op. 10-6**

## UNITED STATES COURT OF INTERNATIONAL TRADE

|  |  |  |
|---|---|---|
| NUCOR CORPORATION, GERDAU AMERISTEEL CORPORATION, and COMMERCIAL METALS COMPANY, | : | |
| *Plaintiffs*, | : | |
| v. | : | |
| UNITED STATES, | : | |
| *Defendant*, | : | |
| and | : | |
| IÇDAS CELIK ENERJI TERSANE VE ULASIM SANAYI, A.S., | : | |
| | : | |
| *Defendant-Intervenor*. | : | Consolidated Court No. 05-00616 |
| IÇDAS CELIK ENERJI TERSANE VE ULASIM SANAYI, A.S., | : | |
| *Plaintiff*, | : | |
| v. | : | |
| UNITED STATES, | : | |
| *Defendant*, | : | |
| and | : | |
| NUCOR CORPORATION, GERDAU AMERISTEEL CORPORATION, and COMMERCIAL METALS COMPANY, | : | |
| *Defendant-Intervenors*. | : | |

## <u>**JUDGMENT**</u>

This action having been duly submitted for decision; the Court, after due deliberation, having rendered decisions herein; and in the absence of any substantive comments in opposition to the Final Results of Redetermination Pursuant to Court Remand (filed November 9, 2009);

Now, therefore, in conformity with said decisions, it is hereby

ORDERED, ADJUDGED, and DECREED that the U.S. Department of Commerce's Final Results of Redetermination Pursuant to Court Remand be, and hereby are, sustained.


                 <u>/s/ Delissa A. Ridgway</u>
                    Delissa A. Ridgway, Judge

Dated: January 19, 2010
       New York, New York